## COURTROOM MINUTES

JUDGE  Hittner                                                                 PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER     Kathy Metzger

LAW CLERK          Pat Fackrell

MORNING                    AFTERNOON
SESSION _____            SESSION 2:00 - 3:35     DATE:  1/10/19

---

## DOCKET ENTRY

DH ) 4:17-3314                                (Rptr- Metzger           )
   (PROCEEDINGS: Pretrial Conference     )

DCA Design d/a/b Design DCA    V.  Bellavida Custom Homes, et al,

Appearances: For Plaintiff: Califf Cooper and Louis Bonham

For Defendant Bellavida:  S. Markle and D. Rivera

For Defendant Wiseman Builders:  S. Francis and Dana LeJune by phone

For Defendant Abdel-Latif:  Mohammed Shariff

Pretrial Conference held.  Written order to issue.

---

Witnesses: _____