United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DCA Design, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION: 4:17-3314 |
| | § | |
| Bellavida Custom Homes, et al, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This case is set for a final pretrial conference on March 1, 2019 at 1:00 p.m. and jury selection and trial on March 4, 2019 at 10:00 a.m. before United States District Judge David Hittner, Courtroom 8-A, 515 Rusk Street, Houston, Texas.

Signed this ____11____ day of January, 2019.

_____
David Hittner
United States District Judge